# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EARNEST WILLIAMS (D), ET AL.

VERSUS

UNITED MEDICAL HEALTHCARE
INC. D/B/A UNITED MEDICAL
REHABILITATION HOSPITAL AND
DISC OF LOUISIANA HOLDINGS,
LLC D/B/A DISC OF LOUISIANA,
INC.

NO.  2025 CW 0697

OCTOBER 6, 2025

---

In Re:    DISC of Louisiana Holdings, LLC d/b/a DISC of Louisiana,
          Inc. and Dr. Khader Samer, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Tangipahoa, No. 2020-1288.

---

BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED. The criteria set forth in **Herlitz Const. Co.,
Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La.
1981) (*per curiam*) are not met.

PMc
TPS

Greene, J., dissents and would grant the writ. A party seeking
an order compelling discovery has the burden of proving that the
discovery sought is relevant. **Testa Distributing Co., Inc. v.
Tarver**, 584 So.2d 300, 307 (La. App. 1st Cir. 1991). Plaintiffs
failed to meet their burden of showing they are entitled to the
additional records sought through discovery herein. Therefore, I
would deny the motion to compel discovery responses filed by
plaintiffs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT